UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO: 17-cv-23453-DPG**

OSCAR ALI FARRERA ARGUINZONEZ,
and others similarly situated under 29
U.S.C. 216(b),

    Plaintiff,

v.

VIP SYSTEMS, INC.,

    Defendant.

_____/

**DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES**

    Defendant, VIP SYSTEMS, INC. ("Defendant"), by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 7.1(a), files their Certificate of Interested Persons and Corporate Disclosure Statement, as follows:

1. VIP SYSTEMS, INC. (Defendant)
2. FIRST CAPITAL INTERNATIONAL, INC.
3. JORDAN RICHARDS, PLLC (Counsel for Defendant)
4. JORDAN RICHARDS, ESQUIRE (Counsel for Defendant)
5. OSCAR ALI FARRERA ARGUINZONEZ (Plaintiff)
6. J.H. ZIDELL, ESQUIRE (Counsel for Plaintiff)
7. RIVKAH JAFF, ESQUIRE (Counsel for Plaintiff)
8. NEIL TOBAK, ESQUIRE (Counsel for Plaintiff)
9. J.H. ZIDELL, P.A. (Counsel for Plaintiff)

## CORPORATE DISCLOSURE STATEMENT

Defendant, VIP SYSTEMS, INC., currently knows of no other person or entity with any current or potential financial interest in the outcome of this case.

**Dated this 26th of October, 2017.**

    Respectfully Submitted,

    **JORDAN RICHARDS, PLLC**
    401 E. Las Olas Blvd. Suite 1400
    Fort Lauderdale, Florida 33301
    (954) 871-0050
    *Attorneys for Defendants*

    By: */s/ Jordan Richards*
    JORDAN RICHARDS, ESQUIRE
    Florida Bar No. 108372

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing instrument was filed through CM/ECF this 26th day of October, 2017.

    By: */s/ Jordan Richards*
    JORDAN RICHARDS, ESQUIRE
    Florida Bar No. 108372

## SERVICE LIST

**J.H. ZIDELL, ESQUIRE**
Florida Bar No. 0010121
zabogado@aol.com
**RIVKAH JAFF, ESQUIRE**
Florida Bar No. 107511
Rivkah.Jaff@gmail.com
**NEIL TOBAK, ESQUIRE**
Florida Bar No. 93940
Ntobak.zidellpa@gmail.com
J.H. ZIDELL, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
*Attorneys for Plaintiff*