UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-23453-CIV-DPG

OSCAR ALI FARRERA ARGUINZONEZ )
and all others similarly situated under 29 )
U.S.C. 216(b), )
 )
       Plaintiff, )
vs. )
 )
VIP SYSTEMS, INC., )
 )
       Defendant. )
_____ )

## JOINT NOTICE OF RESOLUTION AS TO PARTICULAR DISCOVERY ISSUES SET FORTH IN [DE29]

COMES NOW the Parties, by and through the undersigned counsel, and notices the Court that Defendants have agreed to amend the following discovery responses and produce corresponding documents no later than March 14, 2018 at 12:00 p.m.:

1. **Interrogatories: #6, #7**: Defendant will withdraw objections and provide amended responses to these interrogatories no later than March 14, 2018 at 12:00 p.m.

2. **Request for Production**: **#82, #11, #22, #28, #31, #32, #13**: Defendant will withdraw objections and provide amended responses and corresponding documents to these requests for production no later than March 14, 2018 at 12:00 p.m.

3. **Request for Production: #9, #10, #12, #14, #15, #16, #21, #23, #24, #29, #36, #38, #39, #46, #,47, #48, #49, #50, #51, #55, #56:** Defendant will provide corresponding documents to these requests for production no later than March 14, 2018 at 12:00 p.m.

4. **Request for Admission: #3, #4, #5, #9- #13:** Defendant will withdraw objections and provide amended responses to these requests for admissions no later than March 14, 2018 at 12:00 p.m.

5. **Property Inspection:** Defendant will withdraw objection to the scope of property inspection as proposed by plaintiff.

Plaintiff believes the Defendant's stipulation to amend the above requests in dispute is satisfactory, and files this Notice to alert the Court of the resolution so that the Court does not unnecessarily expend time on these issues.

Therefore, the above particular discovery disputes set forth in Plaintiff's Notice of Hearing [DE29] appears to have been resolved.

Respectfully submitted,

By: */s/ Neil Tobak, Esq.*_____
Neil Tobak, Esq.
Fla. Bar No. 093940
ntobak.zidellpa@gmail.com
J.H. ZIDELL, P.A.
300 71st Street, Suite 605
Miami Beach, FL 33141
Telephone: (305) 865-6766
Facsimile: (305) 865-7167
*Attorney for Plaintiffs*

By: */s/.* Jordan Lee Richards
Jordan Lee Richards
Jordan Richards, PLLC
401 East Las Olas Blvd.
Suite 1400
Fort Lauderdale, FL 33301
9548710050
Email: jordan@jordanrichardslaw.com
*Attorney for Defendants*