UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-23453-CIV-DPG

| | |
|---|---|
| OSCAR ALI FARRERA ARGUINZONEZ and all others similarly situated under 29 U.S.C. 216(b), | ) ) ) ) |
| Plaintiff, | ) |
| vs. | ) ) |
| VIP SYSTEMS, INC., | ) ) |
| Defendant. | ) ) ) |

**NOTICE OF CANCELLATION OF HEARING BEFORE THE HONORABLE MAGISTRATE JUDGE ALICIA M. OTAZO-REYES**

PLEASE TAKE NOTICE that Plaintiff cancels the Hearing on the Court's discovery calendar Plaintiff's Motion to Compel Discovery before the **Honorable Magistrate Alicia M. Otazo-Reyes** at the c. Clyde Atkins U.S. Courthouse, 301 North Miami Avenue, 10th Floor, Miami, FL 33128, on March 8, 2018, at 3:00 p.m.

The Parties have been able to resolve the discovery disputes and no longer need the Hearing.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Neil Tobak, Esq. ___
    Neil Tobak, Esquire
    Florida Bar No.: 093940

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA EMAIL ON 3/7/18 TO:**

**Jordan Lee Richards**
**Jordan Richards, PLLC**
**401 East Las Olas Blvd.**
**Suite 1400**
**Fort Lauderdale, FL 33301**
**9548710050**
**Email: jordan@jordanrichardslaw.com**


**BY:__/s/____Neil Tobak_____**
**NEIL TOBAK, ESQ.**