UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

OSCAR ALI FARRERA ARGUINZONEZ
and all others similarly situated under 29
U.S.C. 216(b)

     Plaintiff,

vs

VIP SYSTEMS, Inc,

     Defendant.

_____/

CASE NO.: 1:17-CV-23453-DPG

## SUGGESTION OF BANKRUPTCY

COMES NOW, the Defendant, VIP SYSTEMS, INC, by and through undersigned attorney, and hereby files this Suggestion of Bankruptcy in the above captioned proceeding and in support thereof states as follows:

1. On March 12, 2018, Defendant filed a Voluntary Petition for relief pursuant to Title 11, of the United States Code in the United States Bankruptcy Court for the Southern District of Florida, Fort Lauderdale Division, Bankruptcy Case No.: 18-12858-LMI , a copy of the Notice of Bankruptcy Case Filing being attached hereto.

2. That pursuant to the Bankruptcy Code, 11 U.S.C. §362, the above-styled cause is hereby automatically stayed.

3. Undersigned is not making an appearance in this matter, and is only filing this Suggestion to provide notice to the Court and parties.

Respectfully submitted this 12th day of March 2018.

VAN HORN LAW GROUP, P.A
330 N Andrews Ave. STE 450
Fort Lauderdale, FL 33301
(954) 765-3166
(954) 756-7103 (fax.)
Chad@cvhlawGroup.com

By::  /s/ Chad T. Van Horn
Chad T. Van Horn, Esq.
Florida Bar No. 64500

## CERTIFICATE OF SERVICE

I hereby certify that on this date 12th day of March, 2018 a true and correct copy of the foregoing Suggestion of Bankruptcy was filed in the e-Portal will cause an e-mail to be sent to: J.H. Zidell, Esq., J.H. Zidell, P.A., at: zabogado@aol.com and such other emails as are designated for this matter in the e-Portal.

                                          VAN HORN LAW GROUP, P.A
                                          330 N Andrews Ave. STE 450
                                          Fort Lauderdale, FL 33301
                                          (954) 765-3166
                                          (954) 756-7103 (fax.)
                                          Chad@cvhlawGroup.com

By:: /s/ Chad T. Van Horn
                                          Chad T. Van Horn, Esq.
                                          Florida Bar No. 64500

United States Bankruptcy Court
Southern District of Florida

**Notice of Bankruptcy Case Filing**



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 03/12/2018 at 4:06 PM and filed on 03/12/2018.

**VIP Systems, Inc.**
2600 NW 141st St
Opa Locka, FL 33054-4052
Tax ID / EIN: 30-1040084

The case was filed by the debtor's attorney:

**Chad T Van Horn**
330 N Andrews Ave #450
Ft Lauderdale, FL 33301
954-765-3166

The bankruptcy trustee is:

**Joel L Tabas**
25 SE 2nd Avenue
Suite 248
Miami, FL 33131
305-375-8171

The case was assigned case number 18-12858-LMI to Judge Laurel M Isicoff.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page www.flsb.uscourts.gov or at the Clerk's Office, , .

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Joseph Falzone
Clerk, U.S. Bankruptcy Court**

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/12/2018 16:10:09 | | | |
| **PACER Login:** | cvhlaw10:3891304:0 | **Client Code:** | |
| **Description:** | Notice of Filing | **Search Criteria:** | 18-12858-LMI |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |